UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.

    Plaintiff,

    v.

MODESTO TALLOW COMPANY,

    Defendant.
_____/

No. C 05-4034 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The court is in receipt of a letter from plaintiff's counsel dated April 3, 2006, directing the court's attention to a Conditional Stipulation for Judgment executed by the parties. The parties have agreed that the stipulation shall be filed only in the event that defendant fails to make payment pursuant to an agreed upon installment plan. If defendant successfully makes payment, plaintiff will file a dismissal of the case in lieu of the stipulation.

    In order to allow sufficient time for defendant to make payment pursuant to the installment plan, and to therefore determine whether the case will ultimately be dismissed or subject to entry of judgment, the court hereby CONTINUES the parties' case management conference, currently scheduled for April 6, 2006. The case management conference is continued to **July 27, 2006**, at **2:30 p.m.**, in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    The July 27, 2006 case management conference will be vacated if plaintiff notifies the court in advance of the conference date that either (1) all installment payments have been made and a dismissal has been or will be filed; or (2) the parties' stipulated judgment

may be filed, defendant having failed to make all payments as required.

**IT IS SO ORDERED.**

Dated: April 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California