```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MODESTO TALLOW COMPANY, etc. <br><br> Defendant. | NO. C 05 4034 PJH <br><br> STIPULATION FOR DISMISSAL; ORDER |

Defendant having paid the four installments required by paragraph 2 of the Conditional Stipulation for Judgment.

IT IS STIPULATED that this action be dismissed with prejudice.

Dated: July 25 2006        ERSKINE & TULLEY

                           By: _____
                               Michael J. Carroll
                               Attorneys for Plaintiff

Dated: July 27 2006        AKIN, GUMP, STRAUSS, HAUER & FELD

                           By: _____
                               M. Brett Burns
                               Attorney for Defendant

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR DISMISSAL; ORDER

1